IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA ECKELS, | CIVIL DIVISION |
| Plaintiff, | Civil Action No. 05-770 |
| v. | Hon. Gary L. Lancaster |
| KERRY INC., | |
| Defendant. | |

## ORDER

AND NOW, this 5th day of Jan, 2006, upon consideration of the plaintiff's motion to remand, it is hereby ORDERED that said motion is GRANTED and that this case and the file pertinent thereto shall be and is remanded to the Court of Common Pleas of Butler County. The United States District Court for the Western District of Pennsylvania relinquishes any and all jurisdiction over this case. The Clerk is instructed to effectuate the remand of this case forthwith.

BY THE COURT:

_____